## GILLS v. CALIFORNIA.

No. 1043, Misc.   Decided June 5, 1967.

Petitioner *pro se.*

*Thomas C. Lynch,* Attorney General of California, and *Edsel W. Haws* and *Daniel J. Kremer,* Deputy Attorneys General, for respondent.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for a writ of certiorari are granted. The judgment is vacated and the case is remanded to the Court of Appeal of California, Third Appellate District, for further consideration in light of *Chapman v. California,* 386 U. S. 18.